AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 24, 2026**

SEAN F. McAVOY, CLERK

COLIN JOHN WILLIAM S.,

)
)
)
)
)
)

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

*Defendant*

Civil Action No.   4:25-CV-05168-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Motion for SummaryJudgment  (ECF No. 11) is GRANTED.
The Commissioner's Brief  (ECF No.12) is DENIED.
The decision of the Commissioner is reversed and remanded.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Stanley A Bastian

Date:   7/24/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*